NDFL Prob 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V.

Crim. No. 3:09cr101-001LAC

Christopher Paul Didonato

On September 14, 2012, the above named was placed on Supervised Release for a period of three years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Christopher Paul Didonato be discharged from Supervised Release.

Respectfully submitted,

_____
Charles P. Cunningham
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this  6th  day of  Oct , 20 14.

_____
The Honorable Lacey A. Collier
Senior United States District Judge